**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

TO:    JAMES J. WALDRON, CLERK                IN RE: Hector F. Acebedo
                                              CASE NO. 12-35222-DHS

                                              Stanziale, Jr. v. Acebedo
                                              ADV. PRO. NO. 13-01358-DHS

CHAPTER 7

INFORMATION FOR NOTICE OF SETTLEMENT OF CONTROVERSY

    BENJAMIN A. STANZIALE, JR., Trustee, proposes to settle a claim and/or action, the nature of which is described below.

    If any creditor or other party in interest has an objection to the settlement, an objection and request for a hearing on such objection shall be in writing, served upon the trustee and filed with the Clerk of the United States Bankruptcy Court.

    Such objection and request shall be filed with the Clerk and served upon the trustee no later than (date to be fixed by the Court).

    In the event an objection is timely filed a hearing thereon will be held on (date and location of hearing will be supplied by the Court).

    If no objection is filed with the Clerk and served upon the trustee on or before above date, the settlement will be consummated as proposed on (date to be fixed by the Court).

    The nature of the action and the terms of the settlement are as follows:

| NATURE OF ACTION | PERTINENT TERMS OF THE SETTLEMENT |
| --- | --- |
| The Trustee filed an adversary proceeding against the Debtor (Case No. 13-01358) seeking turnover of $21,174.53 held in a bank account in the name of the Debtor as well as seeking a denial of Debtor's discharge. | In lieu of protracted litigation of this matter, the Debtor has agreed to turnover the sum of $18,951.00 by way of bank check within 10 days of the filing of this notice of settlement. Upon the filing of a notice of no objection to this settlement by the court the Trustee will dismiss the adversary proceeding action against the Debtor. |

Request for additional information about the nature of the action or the terms of the settlement should be directed to:

NAME:   /s/ Benjamin A. Stanziale, Jr.
       Benjamin A. Stanziale, Jr., Esq.

ADDRESS:  Stanziale & Stanziale, P.C., 29 Northfield Avenue, Suite 201, West Orange, NJ 07052-5403
TELEPHONE NO:  973-731-9393

SUBMITTED BY: Benjamin A. Stanziale, Jr.    POSITION: Attorney for Trustee    PHONE: 973-731-9393
DATED:  June 6, 2013

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 12–35222–DHS
Chapter: 7
Judge: Donald H. Steckroth

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Hector F Acebedo
133 Brunswick Street
Jersey City, NJ 07302

Social Security No.:
xxx–xx–7446

Employer's Tax I.D. No.:

## NOTICE OF PROPOSED SETTLEMENT OF CONTROVERSY

Benjamin A. Stanziale Jr., Trustee in the above captioned case, proposes to settle an action, the nature of which is described below.

If any creditor or other party in interest has an objection to the settlement, the objection and a request for a hearing on such objection shall be in writing, served upon the person named below and filed with the Clerk of the United States Bankruptcy Court.

Such objection and request shall be filed with the Clerk and served upon the person named below no later than June 26, 2013.

In the event an objection is timely filed a hearing thereon will be held before the Honorable Donald H. Steckroth on:

DATE:           7/2/13
TIME:           10 AM
COURTROOM:      3B

If no objection is filed with the Clerk and served upon the person named below on or before June 26, 2013, the settlement will be consummated as proposed on or after twenty–five (25) days from the date of this notice.

The nature of the action and the terms of the settlement are as follows:

Nature of the Action:

Trustee filed an adversary proceeding against debtor (13–1358) seeking turnover of $21,174.53 held in a bank account in the name of the debtor as well as seeking a denial of debtor's discharge.

Terms of the Settlement:

In lieu of protracted litigation of this matter, debtor has agreed to turnover the sum of $18,951.00 by way of bank check within 10 days of the filing of this notice of settlement. Upon the filing of a notice of no objection to this ettlement by the Court, Trustee will dismiss the adversary proceeding action against the debtor.

Requests for information about the nature of the action or the terms of the settlement should be directed to the

Trustee at:
Benjamin A. Stanziale Jr.
Stanziale & Stanziale
29 Northfield Avenue
Suite 201
West Orange, NJ 07052
(973) 731–9393

    or the trustee's attorney (if applicable) at:
Stanziale & Stanziale, P.C.
29 Northfield Ave., Ste. 201
West Orange, NJ 07052


Dated: June 10, 2013
JJW:

                                                James J. Waldron
                                                Clerk